UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

**MATTHEW DAVIS**
**1 FRUEAN PLACE**
**DORCHESTER, MA**
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

M.J. No.: 08-865-MBB

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about **February 24, 2008** in Suffolk County in the District of **Massachusetts**, defendant knowingly or intentionally possessed cocaine base, a Schedule II controlled substance, with intent to distribute, in violation of Title **21** United States Code, Section **841**. I further state that I am an **DEA Special Agent** and that this complaint is based on the following facts:

**Please see attached Affidavit of DEA Special Agent Damian Farley**

Continued on the attached sheet and made a part hereof: [x] Yes   [ ] No

_____
Signature of Complainant
**SPECIAL AGENT DAMIAN FARLEY**
**DRUG ENFORCEMENT ADMINISTRATION**

Sworn to before me and subscribed in my presence,

March 31, 2008 @ 2:10pm   at   Boston, Massachusetts
Date                                           City and State

**MARIANNE B. BOWLER**
**United States Magistrate Judge**        Marianne B. Bowler USMJ
Name and Title of Judicial Officer         Signature of Judicial Officer