AO 245D (Rev. 3/01) Sheet 1 - Judgment in a Criminal Case for Revocations - D Massachusetts (09/02)

# United States District Court
## District of Massachusetts

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| Matthew Davis | (For Offenses Committed On or After November 1, 1987) |
| | Case Number: 1: 08 CR 10166 - 01 - RGS |
| | Jessica Thrall |
| | Defendant's Attorney |

**THE DEFENDANT:**

[x] admitted guilt to violation of condition(s) __I, II, and III__ of the term of supervision.
[ ] was found in violation of condition(s) _____ after denial of guilt.

Accordingly, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| I | Prohibited to be in the company of individuals who are members or associates of the Morse Street Gang | 04/08/15 |
| II | Shall be restricted to residence between the hours of 8 PM until 6 AM | 04/08/15 |
| III | Shall abide by Geographic Restrictions | 04/08/15 |

[x] See continuation page

The defendant is sentenced as provided in pages 2 through _14_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

04/30/15
Date of Imposition of Judgment

Defendant's Soc. Sec. No.: 000-00-

Defendant's Date of Birth:

Defendant's USM No.:

Defendant's Residence Address:

*/s/ Richard G. Stearns*
Signature of Judicial Officer

The Honorable Richard G. Stearns
Judge, U.S. District Court
Name & Title of Judicial Officer

Defendant's Mailing Address:
Same as above

4-30-15     (4/30/15)
Date

AO 240D (Rev. 3/01) Judgment in a Criminal Case for Revocations: Sheet 2 - Imprisonment

CASE NUMBER: 1: 08 CR 10166 - 01 - RGS  
DEFENDANT: Matthew Davis

Judgment - Page 2 of 4

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of    time served

as of May 1, 2015 on Violations I, II and III.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district.
  ☐ at _____ on _____
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before _____ on _____
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____  
UNITED STATES MARSHAL

By _____  
Deputy U.S. Marshal

AO 245D (Rev. 3/01) Sheet 3 - Supervised Release

CASE NUMBER: 1: 08 CR 10166 - 01 - RGS  Judgment - Page 4 of 4
DEFENDANT: Matthew Davis

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 58 month(s) as to Violations I, II, and III.

[x] See continuation page

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

[ ]  The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check if applicable.)

[x]  The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page (if indicated above).

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Continuation Page - Supervised Release/Probation

| | | |
|---|---|---|
| CASE NUMBER: | 1: 08 CR 10166 - 01 - RGS | Judgment - Page 4 of 4 |
| DEFENDANT: | Matthew Davis | |

## Continuation of Conditions of ☒ Supervised Release ☐ Probation

1. The defendant is to participate in a mental health treatment program as directed by the Probation Office and shall be required to contribute to the costs of services for such treatment based on ability to pay or availability of third-party payment.

2. The defendant shall reside at a Residential Re-Entry Center for a period of six (6) months. While at the RRC, the defendant shall abide by the rules of the facility and not enter the City of Boston without the express permission of U.S. Probation.

3. Following his release from the RRC, the defendant shall abide by a curfew for 6 months. The curfew shall be from 8pm to 6am, unless such schedule is modified by the Probation Office to accommodate verified employment, schooling or treatment. This curfew shall be monitored and enforced by electronic monitoring; and the defendant shall pay for the cots of the program as determined under the national contract. The defendant is responsible for returning the monitoring equipment in good condition and may be charged for replacement or repair of the equipment.

4. Geographic Restrictions: The defendant is prohibited from entering the Morse Street area of Dorchester, MA. Without the prior express permission of the Probation Office. The restricted area is bounded by Blue Hill Avenue, Quincy Street, East Street, Dorchester Avenue, Talbot Avenue, Norfolk Street, and Woodrow Avenue.

5. Association Restrictions: The defendant is prohibited from being in the company of, or have any direct or indirect contact with the following individuals who are members or associates of the Morse Street Gang: Nathaniel Awan, Andre Barenett, Terahn Blue, William Boyd, Jaquan Braxton, Jonathan Braxton, Jamal Brodie, Martel Burgan, Broshawn Coakley, Henry Coakley, Avery Combs, Marcel Dixon, Theophilus Eve, Frainkie Fairweather, Ellis Golden, Desmond Harris, Dimitri Harris, Khayree Horton, Lamont Jacobs-Borrows, Brandon Johnson, Laurence Justice, Swan Knight, Ronnie Langham, Rafael Mirambeaux, Alexander Mojica, Damien Oliver, Melvin Palmer, Percy Palmer, Kareem Parker, William Pritchett, Tyrone Rutledge, Ramses Smith, Markie Stokes, Justin Tomkins, Rashad Venter, Walter West, Calvin White, Andrick Wilkins, David Wood, Keith Woods, Anthony Young and Chancellor Young.

6. Judicial Recommendation: That the defendant participate in the RESTART Program.